# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>CHARLES WINSTON JAMES,<br><br>                    Defendant. | Case No.: 2:21-mj-00241-NJK<br><br>**Order Setting Hearing**<br><br>(Docket No. 20) |

Pending before the Court is Defendant's motion to dismiss counsel.  Docket No. 20.[1]

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for August 3, 2021, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that all counsel must be present in the courtroom.

IT IS FURTHER ORDERED that, no later than July 30, 2021, counsel shall file notice on the record as to whether Defendant waives his right to personal appearance and consents to appear via video link.

IT IS SO ORDERED.

DATED: July 26, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion was improperly filed as an "Affidavit of Truth."  The Court, however, liberally construes the request as a motion to dismiss counsel based upon the text of the document.