RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Charles Winston James

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00241-NJK |
| Plaintiff, | **MOTION TO ADVANCE MOTION HEARING DATE (TIME-ONLY)** |
| v. | |
| CHARLES WINSTON JAMES, | |
| Defendant. | |

COMES NOW the defendant, CHARLES WINSTON JAMES, by and through his attorney of record, Monique Kirtley, Assistant Federal Public Defender, who moves this court to advance his motion hearing date in time-only currently scheduled for August 3, 2021, at the hour of 10:00 a.m.; be advanced to the hour of 9:30 a.m. This motion is based on all prior proceedings had herein and the attached memorandum of points and authorities.

**MEMORANDUM OF POINTS & AUTHORITIES**

**FACTS**

Undersigned counsel has a court revocation hearing scheduled for August 3, 2021 at 10:00 before the Honorable Judge Howard D. McKibben.  Undersigned counsel also scheduled to appear in this Court on August 3, 2021 at 10:00 am. Undersigned counsel respectfully request that this matter be advance, in time only, to an early time due to the time conflict in undersigned counsel August 3, 2021 court appearances.

DATED this 2nd day of August 2021.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

         */s/ Monique Kirtley*
By_____
MONIQUE KIRTLEY
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES WINSTON JAMES,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00241-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the motion hearing currently scheduled for Tuesday, August 3, 2021 at 10:00 a.m., be vacated and advanced to the hour of 9:00 a.m.

　　　DATED this 2nd day of August 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE