# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES WINSTON JAMES,<br><br>        Defendant. | Case No. 2:21-mj-0241-NJK<br><br>Order on Stipulation<br>to Extend Deadlines to Conduct<br>Preliminary Hearing and<br>File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted, and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on September 28, 2021, at the hour of 4:00 p.m., be vacated and continued to October 12, 2021, at 4:00 p.m.

DATED September 21, 2021

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE