RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Charles James Winston

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES JAMES WINSTON,<br><br>          Defendant. | Case No. 2:21-MJ-0241-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Charles James Winston, that the Preliminary Hearing currently scheduled on October 12, 2021 at 12:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

      This Stipulation is entered into for the following reasons:

      1.    Mr. James's Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea is currently scheduled for December 13, 2021. The requested time is necessary to permit Mr. James to enter his plea.

2. Mr. James is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 6th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|     */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender |     */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES JAMES WINSTON,<br><br>    Defendant. | Case No. 2:21-MJ-0241-NJK<br><br>**ORDER** |

   Based on the Stipulation of counsel and good cause appearing,

   IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 12, 2021 at the hour of 4:00 p.m., be vacated and continued to December 28, 2021, at 4:00 p.m., in Courtroom 3C.

   DATED this  6th  day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE